IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THADDEUS DAWSON, | 1:11-cv-00338-GBC (PC) |
| Plaintiff, | ORDER TO SUBMIT SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY (30) DAYS |
| vs. | |
| KATHLEEN ALLISON, et al., | |
| Defendants. / | ORDER TO STRIKE AS DEFICIENT MOTION TO PROCEED IN FORMA PAUPERIS (Doc. 2) |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff's application to proceed in forma pauperis was deficient in that it did not include the second page, in addition to plaintiff's required original signature. Each document submitted for filing must include the original signature of the filing party or parties. Local Rule 131; F.R.C.P. 11(a).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis, filed on Feburary 28, 2011, shall be stricken as deficient; and

2. Within thirty (30) days of the date of service of this order, plaintiff shall re-submit

1    the enclosed application to proceed in forma pauperis, with plaintiff's original
2    signature, or in the alternative, pay the $350.00 filing fee for this action.
3
4    **Failure to comply with this order will result in dismissal of this action**.
5
6    IT IS SO ORDERED.
7
8    Dated:   March 11, 2011                             UNITED STATES MAGISTRATE JUDGE

-2-