# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THADDEUS DAWSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN ALLISON, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | CASE NO. 1:11-cv-00338-GBC (PC)<br><br>ORDER DENYING MOTION TO COMPEL AS MOOT AND RESPONSE TO INQUIRY<br><br>(Docs. 8 and 9) |

　　　Plaintiff Thaddeus Dawson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 25, 2011, the Court granted Plaintiff's motion to proceed in forma pauperis.  (Doc. 7).  On March 30, 2011, Plaintiff filed a motion to "compel institution" to provide Plaintiff's trust account so that he could proceed in forma pauperis.  (Doc. 8).  On April 12, 2011, Plaintiff requesting information about the status of his case.  (Doc. 9).

　　　In response to Plaintiff's inquiry, the Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  The Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible.  However, there are hundreds of prisoner civil rights cases presently pending before the court, and delays are inevitable despite the Court's best efforts.

///

///

///

1

1 | Since the Court has granted Plaintiff's request to proceed in forma pauperis on March 25, 2011, Plaintiff's motion to compel is DENIED as moot.

IT IS SO ORDERED.

Dated:   April 18, 2011

UNITED STATES MAGISTRATE JUDGE