# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

THADDEUS DAWSON,

               Plaintiff,

   v.

KATHLEEN ALLISON, et al.,

               Defendants.

                            /

CASE NO. 1:11-cv-00338-GBC (PC)

ORDER DENYING MOTION TO PROCEED
IN FORMA PAUPERIS

(Doc. 11)

     Plaintiff Thaddeus Dawson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis ("IFP") in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 25, 2011, the Court granted Plaintiff's motion to proceed in forma pauperis.  (Doc. 7).  Plaintiff, once again, filed a motion to proceed IFP on April 26, 2011.  (Doc. 11).

     Since the Court has granted Plaintiff's request to proceed in forma pauperis on March 25, 2011, Plaintiff's motion for IFP filed on April 26, 2011, is DENIED as moot.


IT IS SO ORDERED.

Dated:    May 2, 2011

                           UNITED STATES MAGISTRATE JUDGE