1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11  THADDEUS DAWSON,  ) Case No.: 1:11-cv-00338-SAB (PC)
                     )
12      Plaintiff,   ) ORDER DISMISSING ACTION, WITH
                     ) PREJUDICE, FOR FAILURE TO STATE
13      v.           ) A CLAIM UPON WHICH RELIEF MAY
                     ) BE GRANTED UNDER SECTION 1983
14  KATHLEEN ALLISON, et al., )
                     ) [ECF No. 21]
15      Defendants.  )
                     ) ORDER THAT DISMISSAL IS SUBJECT
16                   ) TO 28 U.S.C. § 1915(G)

17      Plaintiff Thaddeus Dawson, a state prisoner proceeding pro se and in forma pauperis, filed this

18  civil rights action pursuant to 42 U.S.C. § 1983 on February 28, 2011.  Pursuant to 28 U.S.C. §

19  636(c)(1), Plaintiff consented to the jurisdiction of the United States magistrate judge.  Local Rule

20  305(b).  (ECF No. 4.)

21      On July 15, 2013, the Court dismissed Plaintiff's second amended complaint for failure to state

22  a claim and ordered Plaintiff to file a third amended complaint within thirty days.  28 U.S.C. § 1915A;

23  28 U.S.C. § 1915(e).  More than thirty days have passed and Plaintiff has not complied with or

24  otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth any

25  claims upon which relief may be granted.

26      Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY

27  DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief

28

1 | may be granted under section 1983.  This dismissal is subject to the "three-strikes" provision set forth
2 | in 28 U.S.C. § 1915(g).  Silva v. Di Vittorio, 658 F.3d 1090, 1098-99 (9th Cir. 2011).

4 | IT IS SO ORDERED.

6 | Dated:   **September 17, 2013**

UNITED STATES MAGISTRATE JUDGE